# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Cindy Lizbeth Pena Araujo, S.B. | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.   2:23-cv-516 |
| | ) | |
| Ur M. Jaddou, *Director, United States Citizenship and Immigration Services* | ) ) ) | |
| *Defendant(s)* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Document No. 7) filed April, 26, 2024, Defendant's Motion to Dismiss (Document No. 6) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date:  April 29, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  4/29/2024

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*